# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Eleanor Hamilton**
   Debtor

Case No.: 06–11601–SDB

Judge: Susan D. Barrett

Chapter: 13

### *ORDER AND NOTICE TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED*

The captioned case is subject to dismissal for the following reason(s):

      ( X ) Debtor(s) failed to appear at the meeting of Creditors.
      (   ) Debtor(s) failed to pay filing fee.
      (   ) Voluntary request for dismissal.

IT IS HEREBY ORDERED that unless Debtor(s) or other parties in interest request to be heard in writing on or before January 16, 2007 , said case will be dismissed WITH PREJUDICE barring the refiling of a petition within 180 days .



Susan D. Barrett
United States Bankruptcy Judge
PO Box 1487
Augusta, GA 30903

Dated **December 22, 2006**

*B–19[Rev. 07/05]* **AK**