UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

PAGE 1

IN RE:   ELEANOR HAMILTON                       CASE NO.                    REPORT PRINTED 01/10/07
         1067 EARL ST                           0611601

         THOMSON GA            30824-0000

         FINAL REPORT AND ACCOUNT         SS #1: XXX-XX-9579
DISMISSED BEFORE CONFIRMATION              SS #2: XXX-XX-0000
PLAN FILED DATE: Oct 30, 2006    PLAN CONFIRMED:          CASE CONCLUDED: Dec 19, 2006
ATTORNEY        JAMES DUNCAN III & ASSOC PC

Your Trustee hereby certifies that this case has been fully administered, that a detailed record of all receipts and disbursements has been maintained; copies are attached to the original filed with the Clerk and incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.

| CREDITOR NAME | CLM # | CLASS | CLAIM AMOUNT | DEBT ALLOWED | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| W S BADCOCK CORP | 001.0 | SEC | 746.96 | 746.96 | .00 | 746.96 |
| EXPRESS CASH | 002.0 | SEC | 593.86 | 593.86 | .00 | 593.86 |
| L H R INC | 003.0 | UNS | 1349.42 | 1349.42 | .00 | 1349.42 |
| P M B RENTALS | 004.0 | SEC | 5402.99 | 5402.99 | .00 | 5402.99 |
| P M B RENTALS | 004.1 | OTH | 1344.56 | 1344.56 | .00 | .00 |
| ASPIRE VISA GOLD | 005.0 | UNS | 2116.02 | 2116.02 | .00 | .00 |
| CLERK OF U S BANKRUPTCY COUR | 991 | FFE | 235.00 | 235.00 | .00 | 235.00 |
| CLERK U S BANKRUPTCY COURT | 994 | ADM | 39.00 | 39.00 | .00 | 39.00 |
| JAMES DUNCAN III & ASSOC PC | 999 | ATY | 300.00 | 300.00 | .00 | 300.00 |
| CHAPTER 13 TRUSTEE FEE | | TRU | 553.23 | .00 | | 553.23 |

|  | SECURED | PRIORITY | UNSECURED | ADMIN | ATTY | OTHER | |
|---|---|---|---|---|---|---|---|
| DEBT | 6743.81 | .00 | 1349.42 | 274.00 | 300.00 | .00 | TOTAL PAID |
| PAID | .00 | .00 | .00 | .00 | .00 | .00 | .00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your petitioner as Trustee and releasing Trustee's surety from all liability on account of the proceedings; closing the estate, and for such other relief as is just.

\* Paid by Insurance

JAMES DUNCAN III & ASSOC PC
P O BOX 211003

AUGUSTA GA                 309171003

Barnee C. Baxter, Trustee

FILED 2007 JAN 12 AM 9:09 U.S. BANKRUPTCY COURT AUGUSTA, GA SAMUEL L. KAY, CLERK